IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CONOCOPHILLIPS PIPE LINE
COMPANY,

Plaintiff/Counterclaim Defendant,                    No. 11-497-DRH-DGW

v.

ROGERS CARTAGE COMPANY,

Defendant/Counterclaim Plaintiff.

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. The record reflects that Rogers Cartage Company has not filed the required Federal Rule of Civil Procedure 7.1 disclosure statement. Thus, the Court ORDERS Rogers Cartage Company to file its disclosure statement on or before December 5, 2011.

**IT IS SO ORDERED.**

Signed this 28th day of November, 2011.

David R. Herndon
2011.11.28
11:37:05 -06'00'

**Chief Judge**
**United States District Court**