IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PHILLIPS 66 PIPELINE LLC., et al., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) No. 11-497-SCW-MJR |
| ROGERS CARTAGE COMPANY, et al., | ) ) ) |
| Defendant(s), | ) ) ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on April 9, 2014 (Doc. 112) the above-captioned action is **DISMISSED** with prejudice.

**Dated:   April 21, 2014**

Nancy J. Rosenstengel, Clerk of Court

By: s//Angela Vehlewald
        Deputy Clerk

**Approved:  s//Stephen C. Williams**
            STEPHEN C. WILLIAMS
            UNITED STATES MAGISTRATE JUDGE